**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7824**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD HUDSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CR-91-363-A, CA-95-338-AM)

---

Submitted: April 15, 1996          Decided: April 29, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Lynde Richardson, Baileys Crossroads, Virginia, for Appellant. Nanette Louise Davis, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion alleging that he was denied the right to appeal his conviction and sentence. We have reviewed the record and the district court's opinion and find no reversible error. We note that neither the district court nor this court has jurisdiction to extend the appeal period beyond the time limits set forth in Fed. R. App. R. 4(b), and, in any event, Appellant waived his right to appeal his conviction and sentence in his plea agreement. Accordingly, we affirm substantially on the reasoning of the district court. United States v. Hudson, Nos. CR-91-363-A; CA-95-338-AM (E.D. Va. Nov. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED